## **Exhibit A**

The Property is described as follows:

The residence and lot located at 1039 Echols Drive, Frisco, Texas, 75306 (the "Property") to include all appurtenances and improvements thereon. The following is a picture of the Property:

