U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 FEB -9 PM 12: 51

CLERK
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA, )
          Plaintiff, )
  v. )
          ) Civil No. 2:24-CV-00133
          )
1039 ECHOLS DRIVE, FRISCO, TEXAS, )
75306, )
          )
          Defendant. )

## ORDER FOR NOTICE BY PUBLICATION

It is herby ORDERED that the U.S. Attorney's Office give notice of the Verified Complaint of Forfeiture filed in this cause by advertising the same for at least thirty (30) consecutive days on an official government Internet site www.forfeiture.gov, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Actions. Such notice shall describe the properties with reasonable particularity, specify the time within which a claim and answer must be filed, and name the Government attorney to be served with the claim and answer as required by Rule G(4).

Dated at Burlington, in the District of Vermont, this 8th _____ of February, 2024.

_____
HON. KEVIN J. DOYLE
United States Magistrate Judge