UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 2:24-cv-00133 |
| | ) | |
| 1039 ECHOLS DRIVE, FRISCO, TEXAS, 75306, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF FORFEITURE AND JUDGMENT

This action was commenced on February 8, 2024, when the United States of America (hereinafter, the "United States") filed its Verified Complaint of Forfeiture *in rem* against real property to include 1039 Echols Drive, Frisco, Texas, 75306 (hereinafter, the "Real Property"), pursuant to 18 U.S.C. §§ 981(a)(1)(A), 981(a)(1)(C), and 19 U.S.C. §§ 1602 et seq. by 18 U.S.C. § 981(d), alleging that the Real Property was purchased with proceeds obtained in violation of Title 18, United States Code, Sections 1956 (laundering of monetary instruments and conspiracy to commit money laundering) and 1957 (engaging in monetary transactions in property derived from specified unlawful activity). The United States seeks to forfeit the Real Property pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C) and in accordance with the procedures set forth in 18 U.S.C. § 981(d). Pursuant to the terms of the attached Stipulation and Settlement Agreement (hereinafter, the "Settlement Agreement") the Court orders the Real Property forfeited to the United States and judgment entered for the United States.

FINDINGS AND ORDER

On April 15, 2024, the United States and the Claimants entered into a Settlement Agreement that resolved the claims to the Real Property. This Court approves the Settlement Agreement between the Government and the Claimants and such Settlement Agreement is entered as an Order of the Court.

The Court finds that notice of this *in rem* action has been properly given, no other persons are known to have an interest in the Real Property, and no other claims or answers have been filed and the time for filing such a claim has expired pursuant to Rule G(5)(a)(ii) and (b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions in the Federal Rules of Civil Procedure.

It appearing that process was fully issued in this action and returned according to law, on the unopposed motion of the United States for issuance of an Order of Forfeiture and Judgment, it is hereby ORDERED, ADJUDGED AND DECREED:

1. That the Real Property is forfeited to the United States and that all claims and interests are forever closed and barred.

2. The United States Marshals Service shall dispose of the Real Property in accordance with the Settlement Agreement and as required by law.

3. The Settlement Agreement is approved and entered as an Order of the Court.

4. This Court shall retain jurisdiction over this action to enforce this Settlement Agreement and take such other action as may be necessary.

Dated at Burlington, in the District of Vermont, April 15, 2024.

_____
HON. GEOFFREY W. Crawford
Chief, United States District Judge
District of Vermont