UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>v.<br><br>REAL PROPERTY LOCATED AT<br>1039 ECHOLS DRIVE, FRISCO, TEXAS,<br>75306, INCLUDING ALL BUILDINGS,<br>APPURTENANCES, AND<br>IMPROVEMENTS THEREON<br>                Defendant. | Civil No. 2:24-CV-00133 |

## **RELEASE OF LIS PENDENS**

NOTICE is given that a certain lis pendens recorded in the Denton County Clerk Deed Records on February 9, 2024, Instrument Number 13169 giving notice of the pendency of a forfeiture action in the United States District Court for the District of Vermont against the above-named property is hereby released and discharged. The property is more particularly described as:

> Lot 5, Block D, WINDROSE AT PHILLIPS CREEK RANCH, an Addition to the City of Frisco, Denton County, Texas, according to the Plat thereof, recorded in Volume 2013, Page 337, Plat Records, Denton County, Texas.

This release is filed solely for the purpose of removing the cloud placed on the title to the real property by the above mentioned lis pendens: the United States of America makes no representation regarding ownership of the real property by filing this release.

Dated at Burlington, in the District of Vermont, April 16, 2024.

                Respectfully submitted,

                NIKOLAS P. KEREST
                United States Attorney

       By:  */s/ Eugenia A.P. Cowles*
           EUGENIA A.P. COWLES
           Chief, Criminal Division
           Assistant U.S. Attorney
           P.O. Box 570
           Burlington, VT 05402-0570
           (802) 951-6725
           eugenia.cowles@usdoj.gov